# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VIRGINIA GRAMAGLIA-PARENT, | : | |
|    Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRAVELERS HOME AND | : | |
| MARINE INSURANCE COMPANY, | : | No. 20-3480 |
|    Defendant. | : | |

## ORDER

AND NOW, on December 22, 2020, for the reasons stated in my accompanying Memorandum Opinion, it is ORDERED:

1. Defendant's Motion to Bifurcate and Stay Bad Faith (doc. 15) is GRANTED. The first phase of this action will address only liability for the breach of contract claim. The parties shall notify the court if they need an extension of the deadlines set in my last Scheduling Order (doc. 13).

2. Discovery concerning Plaintiff's bad faith claim is stayed pending adjudication of the breach of contract claim.

                                                                           BY THE COURT:

                                                                           /s/ Timothy R. Rice
                                                                           TIMOTHY R. RICE
                                                                           United States Magistrate Judge