IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VIRGINIA GRAMAGLIA-PARENT, : | | CIVIL ACTION |
| Plaintiff, : | | |
| : | | |
| v. : | | |
| : | | |
| TRAVELERS HOME AND MARINE : | | |
| INSURANCE COMPANY, : | | No. 20-3480 |
| Defendant. : | | |
| : | | |

**<u>ORDER</u>**

AND NOW, on December 30, 2021, having reviewed the parties' filings (docs. 24, 25, 26, 31, 32, & 33) and in accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Defendant's motion for summary judgment (doc. 19) is GRANTED;

2. Judgment is entered in favor of Defendant on Plaintiff's breach of contract claim; and

3. Counsel shall contact chambers for further scheduling in this matter as it relates to Plaintiff's bad faith claim.

BY THE COURT:

*/s/ Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE